IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JIMMY HALL, ET AL.** | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| **v.** | ) **Case No.**   **8:26-cv-142** |
| | ) |
| **WEACHIEVE, Inc, ET AL..** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## LCvR 26.1 CERTIFICATE OF CORPORATE DISCLOSURE

I, the undersigned counsel of record for Defendant Washington Metropolitan Area Transit Authority ("WMATA"), certify that to the best of my knowledge and belief, WMATA has no parent companies, subsidiaries, affiliates, or companies owning 10% or more of its stock, and has no stock issued to the public.

These representations are made so that the judges of this Court may determine the need for recusal.

Respectfully submitted,

*/s/ James T. Hittinger*

James T. Hittinger (#19136)
KIERNAN TREBACH LLP
1776 Eye Street, NW, 6th Floor
Washington, DC 20006
Tel: (202) 712-7000 | Fax: (202) 712-7100
jhittinger@kiernantrebach.com

Stephanie Shearer, Esq. (#20103)
233 E. Redwood Street
Baltimore, MD 21202
(410) 415-1665 (T) | (410) 415-1667 (F)
sshearer@kiernantrebach.com
*Counsel for Defendant WMATA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2026, a copy of the foregoing was filed via ECF upon all counsel of record.

*/s/ James T. Hittinger*
James T. Hittinger