**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JIMMY HALL *et al.*,

    Plaintiffs,

  v.

WEACHIEVE, INC. *et al.*,

    Defendants.

\*

\*

Civil Action No. 8:26-cv-00142-PX

\*

\*

\*

\*\*\*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 4th day of August 2026, by the United States District Court for the District of Maryland, **ORDERED** that:

1.  The Motion to Dismiss the Amended Complaint filed by Washington Metropolitan Area Transit Authority ("WMATA"), at ECF No. 16, is **DENIED**.

2.  Within **fourteen days** from the date of this Opinion and Order, WMATA shall **ANSWER** the Amended Complaint; and

3.  The Clerk is directed to **TRANSMIT** copies of the foregoing Memorandum Opinion and this Order to the parties.

August 4, 2026
Date

        /s/
Paula Xinis
United States District Judge