**E-FILED; Montgomery Circuit Court**
**Docket: 9/19/2025 3:35 PM; Submission: 9/19/2025 3:35 PM**
**Envelope: 23014611**

# EXHIBIT 1

**ATTACHMENT**

**3**

## IN THE HEALTH CARE ALTERNATIVE DISPUTE
## RESOLUTION OFFICE OF MARYLAND

JIMMY HALL                        *
as Co-Guardian of the Person and Property of
RASHAWN WILLIAMS, a disabled adult     *
11717 Devilwood Drive
Potomac, Maryland 20854             *    HCA No: 2025-052

and                                *

CHRISTINA HALL                *
as Co-Guardian of the Person and Property of
RASHAWN WILLIAMS, a disabled adult     *
11717 Devilwood Drive
Potomac, Maryland 20854             *

      Claimant,                   *
v.
                                *

WEACHIEVE, INC.
10501 New Hampshire Ave.
Silver Spring, MD 20903             *

      Health Care Provider.       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

RECEIVED JUL 25 2025 HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE

## ELECTION TO WAIVE ARBIRATION

COME NOW, the Claimants, by and through undersigned counsel, and hereby elect to waive arbitration in the above-captioned matter in the Health Claims Alternative Dispute Resolution Office of Maryland, pursuant to §3-2A-06B of the Court and Judicial Proceedings Article of the Annotated Code of Maryland (amended).

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By:      _____
      Timothy F. Maloney (CPL 8606010245)
      tmaloney@jgllaw.com
      Bridget Cardinale (CPL 2211070011)
      bcardinale@jgllaw.com

1

6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200 (phone)
(301) 220-1214 (facsimile)

*Counsel for Claimants*
*Jimmy Hall and Christina Hall*
*as Co-Guardian of the Person and Property of*
*Rashawn Williams*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24ᵗʰ day of July, 2025, a copy of the foregoing Amended

Statement of Claim was sent via electronic mail and/or first-class mail, postage prepaid to:

Anthony J. May
Catalina D. Odio
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
amay@browngold.com
codio@browngold.com
*Counsel for Health Care Provider WeAchieve, Inc.*


_____
Bridget Cardinale, Esq.



RECEIVED
JUL 25 2025
HEALTH CARE
ALTERNATIVE DISPUTE
RESOLUTION OFFICE

3