E-FILED; Montgomery Circuit Court
Docket: 9/19/2025 3:35 PM; Submission: 9/19/2025 3:35 PM
Envelope: 23014611

# EXHIBIT 2

ATTACHMENT

4

**STATE OF MARYLAND**
*EXECUTIVE DEPARTMENT*

**WES MOORE**
*GOVERNOR*

*HARRY L. CHASE, DIRECTOR*

---

*HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE*

WILLIAM DONALD SCHAEFER TOWER
6 ST. PAUL STREET, SUITE 1501
BALTIMORE, MARYLAND 21202-1608
410-767-8200
410-333-6247 FAX
TTY USERS CALL VIA MD RELAY
OUTSIDE BALTIMORE 1-800-492-1951

July 30, 2025

Timothy Maloney, Esquire
Bridget Cardnale, Esquire
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

RE:    *Jimmy Hall, as Co-Guardian of Rashawn Williams, a disabled adult, et al.*
       *v. Weachieve, Inc.*
       HCA No.: 2025-052

Dear Counsel:

Attached hereto is an Order of Transfer as requested by one of the parties involved in this matter.

When filing your case with the Circuit Court or United States District Court, please bear in mind that Courts and Judicial Proceedings Article, 3-2A-06B, Annotated Code of - Maryland, provides for referral of your case to the Health Care Alternative Dispute Resolution Office for review by a Neutral Case Evaluator within six months of filing your case.

The Health Care Alternative Dispute Resolution Office has secured a list of veteran medical malpractice attorneys to serve as Neutral Case Evaluators. Most of the attorneys serving for this office have attended a Neutral Case Evaluator Seminar to better prepare them for this position.

We believe that the review of a matter by a Neutral Case Evaluator may help the parties to reach a settlement, therefore, lessening the over-burdened circuit court docket. If a settlement agreement is not reached during this process, counsel will be provided with a greater sense of the merits of their case, and should find that this process is helpful in preparing for trial.

**STATE OF MARYLAND**
EXECUTIVE DEPARTMENT

**WES MOORE**
GOVERNOR

HARRY L. CHASE, DIRECTOR

_HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE_

WILLIAM DONALD SCHAEFER TOWER
6 ST. PAUL STREET, SUITE 1501
BALTIMORE, MARYLAND 21202-1608
410-767-8200
410-333-6247 FAX
TTY USERS CALL VIA MD RELAY
OUTSIDE BALTIMORE 1-800-492-1951

Page Two

During the neutral case evaluation period, the Circuit Court or United States District Court shall continue to have jurisdiction over the case, ruling on all motions and matters of discovery. The Neutral Case Evaluator will notify the appropriate court and the Health Care Alternative Dispute Resolution Office of the outcome of the evaluation. The Neutral Case Evaluator will not provide any information regarding the matter other than whether a settlement was reached or not. None of the information provided to the Neutral Case Evaluator will be disclosed to either the Court or the Health Care Alternative Dispute Resolution Office.

Please notify this office if both parties mutually agree to a neutral case evaluation and we will expedite your request.

Very truly yours,

HARRY L. CHASE
DIRECTOR

Harry L. Chase
Director

Enclosure

cc:     **All Parties/Counsel of Record**

UPON COMPLETION OF YOUR CASE IN THE CIRCUIT COURT OR U.S. DISTRICT COURT
PLEASE NOTIFY THIS OFFICE OF THE OUTCOME OF THE NAMED PHYSICIANS, NURSE, ETC.
SO THAT WE MAY KEEP UPDATED RECORDS FOR THE GENERAL PUBLIC

| | | |
|---|---|---|
| JIMMY HALL as Co-Guardian of the Person And Property of RASHAWN WILLIAMS, A disabled adult, et al. | * * * * | BEFORE THE<br><br>HEALTH CARE |
| Claimants | * * | ALTERNATIVE DISPUTE |
| v. | * * | RESOLUTION OFFICE |
| WEACHIEVE, INC. | * * * * | |
| Health Care Provider | * * | HCA No.: 2025-052 |

## ORDER OF TRANSFER

The Claimant, by and through counsel, having elected a Waiver of Arbitration under the provisions of Annotated Code of Maryland, Courts and Judicial Proceedings, Article, § 3-2A-06B, it is this _____ day of _____, 2025, by the Health Care Alternative Dispute Resolution Office,

ORDERED, that this case shall be and is hereby, transferred to the United States District Court, or to the Circuit Court of the appropriate venue.

_____
HARRY L. CHASE, DIRECTOR
Health Care Alternative Dispute Resolution Office

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the above ORDER OF TRANSFER have been mailed, postage prepaid, to all counsel.

_____
HARRY L. CHASE, DIRECTOR