E-FILED; Montgomery Circuit Court
Docket: 9/19/2025 3:35 PM; Submission: 9/19/2025 3:35 PM
Envelope: 23014611

# EXHIBIT 4

ATTACHMENT

6

## IN THE HEALTH CARE ALTERNATIVE DISPUTE
## RESOLUTION OFFICE OF MARYLAND

JIMMY HALL                                          *
as Guardian of the Person and Property of
RASHAWN WILLIAMS, a disabled adult                  *       HCA No: 2025-052

And                                                 *

CHRISTINA HALL                                      *
as Co-Guardian of the Person and Property of
RASHAWN WILLIAMS, a disabled adult                  *

                                                    *

         Claimants,                                 *

v.                                                  *

WEACHIEVE, INC.                                     *

         Health Care Provider.                      *

*       *       *       *       *       *       *       *       *       *       *       *       *

## CERTFICATE OF QUALIFIED EXPERT

I hereby certify and attest as follows:

1.      I, Suzanne L. Groah, M.D., MSPH, have reviewed the pertinent medical records pertaining to Rashawn Williams. as well as the Statement of Claim filed in the above-referenced matter as it relates to the care provided by Health Care Provider, WeAchieve, Inc., and the harm Rashawn Williams has since experienced.

2.      It is my opinion, with a reasonable degree of medical certainty, that the departures from and violations of the standards of care by the Health Care Provider, WeAchieve, Inc., individually and through its agents, servants and employees in their treatment of Rashawn Williams directly and proximately caused injuries to Rashawn Williams as set forth in my attached report.

1

3.      I am board certified in Physical Medicine and Rehabilitation, and am familiar with the type of injuries and their causes as sustained by Rashawn Williams.

4.      I have had clinical experience and/or have provided consultation relating to the clinical practice of Physical Medicine and Rehabilitation, including as it relates to the type of injuries that Rashawn Williams sustained, within five (5) years of the date of the alleged acts and/or omissions giving rise to this cause of action.

5.      I do not devote annually more than twenty-five (25) percent of my professional activities to activities that directly involve testimony in personal injury claims.

6.      Attached hereto is a report of my opinion.

7/22/2025
Date

_____
Suzanne L. Groah, M.D.

2

Bridget Cardinale, Senior Counsel
Joseph, Greenwald & Lake
6404 Ivy Lane, Suite 400
Greenbelt, Md. 20770


Re:  RaShawn Williams

Dear Ms. Cardinale:

I write to set forth my opinions in this matter concerning the injuries suffered by RaShawn Williams while and after he was under the care of WeAchieve, Inc..  In coming to my opinions, I have considered the following facts:

**Pertinent History and Treatment**

Mr. RaShawn Williams is a 32-year old African American male with diagnoses of Downs syndrome and intellectual disability. As of October 20, 2023, he was residing in a group home with 3 other individuals in Silver Spring, MD which was operated in a Residence Inn by WeAchieve, Inc. He was known to be non-verbal and required 24/7 supervision.

On October 20, 2023, he was permitted to leave the residence unsupervised, walked to a bus stop, and the front desk attendant at the residence observed him boarding a bus.

On October 26, 2023, Mr. RaShawn Williams was found by a Montgomery County Police Department officer in an empty storage room at Glenmont Metro train station. He was found covered in urine, feces, and with insects in his hair. He was taken to Holy Cross Hospital. In the Emergency Department, he was noted to be hungry and thirsty, dehydrated, and with redness and drainage of the left eye. He was provided food, rehydrated, and later discharged from the Emergency Deparment into his father's care.

Since this elopement incident, he has had changes to his sleep pattern (rocks back and forth at night, turns the lights on, wanders, gets distressed in complete darkness), his eating habits have changed, he has screaming outbursts, attention is diminished, he requires prompting with daily living tasks, and has more difficulty maintaining focus.

On December 23, 2024, Chesapeake Psychology (Joseph Mugamba, MS under the supervision of Geeta Sarphare, PhD) assessed and provided a Behavior Plan for Mr. Williams. During the interview, it was documented that:

- "RW has experienced sleeping issues since the incident and that has affected his daily activities"
- "he does not like noise or a loud environment"
- "he does not like to be rushed"
- "will engage in elopement when he is not kept busy or when opportunity presents"
- "he continues to have difficulty sleeping at night due to the incident" (elopement on October 20, 2023)
- Requires "prompting with all gross motor behaviors, dressing, showering, and brushing teeth"; "needs assistance with money management"
- "RW lacks awareness of danger and has no safety skills when out in the community"

**Records Reviewed:**

Person Centered Plan Summary (March 21, 2020; March 21, 2021, March 21, 2022, March 21, 2023)
Holy Cross Hospital emergency department and inpatient medical records (October 26-27, 2023)
Chesapeake Psychology, Inc Behavior Plan (December 23, 2024, January 3, 2025)


**Opinions**

It is my opinion, to a reasonable degree of medical certainty that RaShawn Williams' has had behavioral changes (sleep impairment affecting his daily activities, as described by Mr. Mugamba) as a result of the 6-day elopement incident from October 20-26, 2023 occurring while he was under the care of WeAchieve, Inc. It is further my opinion, to a reasonable degree of medical certainty, the Mr. Williams' other physical injuries observed by Holy Cross Hospital, including his hunger and dehydration, were also the result of such elopement.

I reserve the right to alter my opinions if more information is provided.  All of the opinions I have expressed in this report are stated to a reasonable degree of medical certainty.


Sincerely,


Suzanne L. Groah, MD, MSPH
Professor of Rehabilitation Medicine, MedStar Georgetown University Hospital

Director of Spinal Cord Injury Research, MedStar National Rehabilitation Hospital
Past-President, American Spinal Injury Association (2024-2025)