

**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** WEACHIEVE, INC
10501 NEW HAMPSHIRE AVE
SILVER SPRING, MD 20903
SERVE: THE CORPORATION TRUST INCORPORATED
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM, MD 21093

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-25-005213** |
| **Other Reference Number(s):** |  |

**JIMMY HALL, ET AL. VS. WEACHIEVE, INC**

Issue Date: 9/24/2025
Expiration Date: 11/23/2025

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Hall, Jimmy; Hall, Christina
11717 Devilwood Drive
Potomac, MD 20854

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at <u>www.barmont.org</u> or by calling (301) 279-9100.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the moving party must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

| MOCC-FPV-001 (Rev. 06/2025) | Page 1 of 4 | ATTACHMENT 7 | 09/24/2025 8:13 AM |
|---|---|---|---|

**Jimmy Hall, et al. vs. WEACHIEVE, INC**        **Case Number: C-15-CV-25-005213**

Case 8:26-cv-00142-PX     Document 29-7     Filed 08/05/26     Page 2 of 4

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).
5. Service of the Summons CANNOT be made by the moving party.

**Jimmy Hall, et al. vs. WEACHIEVE, INC.**          **Case Number: C-15-CV-25-005213**

Case 8:26-cv-00142-PX          Document 29-7          Filed 08/05/26          Page 3 of 4

## RETURN

☐ Served _____ on _____ at _____
         Whom                              Date                    City/State/Country

☐ Summons and   ☐ Show Cause Order and   ☐ Complaint/Petition/Motion Served

☐ Unserved _____   _____
                 Date                                      Reason


_____   ☐ Sheriff
         Signature

**Jimmy Hall, et al. vs. WEACHIEVE, INC**      **Case Number: C-15-CV-25-005213**

Case 8:26-cv-00142-PX     Document 29-7     Filed 08/05/26     Page 4 of 4