E-FILED; Montgomery Circuit Court
Docket: 9/24/2025 9:27 AM; Submission: 9/24/2025 9:27 AM
Envelope: 23066472



**CIRCUIT COURT FOR MONTGOMERY COUNTY,
MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

**To:** WEACHIEVE, INC
10501 NEW HAMPSHIRE AVE
SILVER SPRING, MD 20903
SERVE: THE CORPORATION TRUST INCORPORATED
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM, MD 21093

| | |
|---|---|
| **Case Number:** | **C-15-CV-25-005213** |
| **Other Reference Number(s):** | |

**JIMMY HALL, ET AL. VS. WEACHIEVE, INC**

Issue Date: 9/24/2025

Expiration Date: 11/23/2025

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Hall, Jimmy; Hall, Christina
11717 Devilwood Drive Potomac,
MD  20854

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately.  If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at <u>www.barmont.org</u> or by calling (301) 279-9100.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the moving party must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

**ATTACHMENT
11**

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

5. Service of the Summons CANNOT be made by the moving party.

## RETURN

☐ Served _____ on _____ at _____
         Whom                          Date                    City/State/Country

☐ Summons and   ☐ Show Cause Order and   ☐ Complaint/Petition/Motion Served

☐ Unserved _____ _____
              Date                                    Reason


_____ ☐ Sheriff
Signature



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

50 Maryland Avenue
Rockville, Maryland  20850

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-25-005213** |
| **Other Reference Number(s):** | |

**JIMMY HALL, ET AL. VS. WEACHIEVE, INC**

Date: 9/24/2025

## SCHEDULING ORDER – CIVIL TRACK 4
## COMPLAINT FILED ON 09/19/2025

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES.  FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT: [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| SCHEDULING HEARING | December 19, 2025 at 9:00 AM |
| PLUS | |
| *DEADLINE: PLT EXPERTS IDENTIFIED* | December 18, 2025 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | January 20, 2026 |
| *DEADLINE: DEF EXPERTS IDENTIFIED* | February 17, 2026 |
| *DEADLINE: ALL WRITTEN DISCOVERY SERVED BY* | May 04, 2026 |
| *DEADLINE: DISCOVERY COMPLETED* | June 16, 2026 |
| *DEADLINE: ADD'L PARTIES JOINDER* | June 29, 2026 |

MEETING OF ALL COUNSEL, July 01, 2026, Time and place to be determined PLUS DEADLINES:

| | |
|---|---|
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | July 01, 2026 |
| *DEADLINE: RULE 2-504.3(B) NOTICE* | July 01, 2026 |

| STATUS CONFERENCE | June 05, 2026 at 8:30 AM |
|---|---|
| ATTENDANCE REQUIRED* | |
| *DEADLINE: ADR DEADLINE* | July 06, 2026 |
| *DEADLINE: JOINT PRETRIAL STATEMENT FILED* | July 13, 2026 |

| SETTLEMENT / PRETRIAL HEARING | August 07, 2026 at 1:30 PM |
|---|---|
| ATTENDANCE REQUIRED | |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.* | |

**TRIAL COUNSEL SHALL APPEAR** AT THE SETTLEMENT CONFERENCE/PRETRIAL HEARING, ACCOMPANIED BY THE PARTIES AND THE INDIVIDUAL(S) WITH AUTHORITY TO SETTLE THE CASE. **MOTIONS** FILED IN TRACK 4 ACTIONS SHALL NOT EXCEED 25 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 15 PAGES WITHOUT LEAVE OF THE COURT.  IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 AND 2-341.

THE STATUS CONFERENCE MAY BE WAIVED WHERE THE PARTIES HAVE FILED CERTIFICATIONS OF COMPLIANCE WITH DISCOVERY AND ADR ORDERS NO LATER THAN 10 DAYS PRIOR TO THE STATUS CONFERENCE DATE.

EXPERT DISCLOSURE DEADLINES DO NOT APPLY TO REBUTTAL WITNESSES; IN COUNTERCOMPLAINTS, COUNTER-EXPERTS SHALL BE DISCLOSED WITHIN 30 DAYS OF THE FILING OF THE COUNTERCOMPLAINT.

| | | | |
|---|---|---|---|
| **Trial Date Between:** | **July 24, 2026** | and | **December 14, 2026** |

**ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

9/24/2025
Date                                            Administrative Judge

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

CC:     Jimmy Hall

Weachieve, Inc

Timothy Francis Maloney; Timothy Francis Maloney



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-25-005213** |
| **Other Reference Number(s):** |  |

**JIMMY HALL, ET AL. VS. WEACHIEVE, INC**

Date: 9/24/2025

## NOTICE OF SCHEDULING HEARING AND ORDER OF COURT – CIVIL TRACK 4
### COMPLAINT FILED ON 09/19/2025

SCHEDULING HEARING: December 19, 2025, Courtroom 7B - North Tower, 9:00 AM,  CV Calendar Judge 3
ATTENDANCE REQUIRED PLUS

*DEADLINE: PLT EXPERTS IDENTIFIED*: December 18, 2025

It is by the Circuit Court for Montgomery County, Maryland, hereby **ORDERED** as follows:

**1.) Effective this date, this case is assigned to a CIVIL calendar under the supervision of the judge as noted above.  ALL FUTURE FILINGS IN THIS CASE SHALL BEAR THE CASE NUMBER AND THE JUDGE'S NAME BENEATH THE CASE NUMBER.  On filing any motion or paper related thereto with the Clerk's Office, a courtesy copy shall be delivered to the assigned judge's chambers by the party filing the pleading.**

**2.) MOTIONS FILED IN A TRACK 4 ACTION SHALL NOT EXCEED 25 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 15 PAGES WITHOUT LEAVE OF COURT.**

3.) <u>Proof of Service</u>.  Within sixty-five (65) days of the filing of the Complaint, Plaintiff must file proof of service on each of the Defendants of the following: copies of the Summons, the Complaint, and this Notice of Scheduling Hearing and Order.

    a) As to any Defendant for whom such proof of service has not been filed, the Court will consider dismissing the Complaint without prejudice at the time of the Scheduling Hearing.

    b) As to any Defendant not served at the time of the initial Scheduling Hearing, the Court may sever the case against that party.

    **c) A motion for alternative service as to any unserved Defendant may not be filed after the 121st day after filing of the complaint.  DEADLINE: January 20, 2026**

    **d) Defendants who are not served by the 121st day after filing of the complaint are subject to dismissal under Rule 2-507.**

    e) As to any Defendant served with the Summons and Complaint, within thirty (30) days of service, the Defendant must file the Defendant's Civil Information Form with the initial pleading and a copy mailed to Plaintiff.

4.) <u>Answer or Other Responsive Pleading</u>.  Within the time permitted under Maryland Rules, each Defendant must respond to the Complaint by filing an Answer or other responsive pleading.  These pleadings must be filed in accordance with Rule 2-321.  If no timely response has been filed, the Court may enter an Order of Default pursuant to Rule 2-613 at the time of the initial Scheduling Hearing.

5.) <u>Initial Discovery</u>.  **No later than ten (10) days before the initial Scheduling Hearing, the parties shall**: complete sufficient initial discovery to enable them to participate in the hearing meaningfully and in good faith

Jimmy Hall, et al. vs. WEACHIEVE, INC          Case Number: C-15-CV-25-005213
Other Reference Number(s):

Case 8:26-cv-00142-PX     Document 29-11     Filed 08/05/26     Page 8 of 14

and to make decisions regarding (a) settlement, (b) consideration of available and appropriate forms of alternative resolution (ADR) [PLEASE SEE PARAGRAPH 10 BELOW], (c) limitation of issues, (d) stipulations, (e) any issues relating to preserving discoverable information, (f) any issues relating to discovery of electronically stored information, including the form in which it is to be produced, (g) any issues relating to claims of privilege or of protection, and (h) other matters that may be considered at the hearing; including:

a.) **Initial Disclosure of the Plaintiff's Experts to occur no later than the Scheduling Hearing**: The deadline for the disclosure of Plaintiff's experts coincides with the Scheduling Hearing. Given the early stage of discovery, while disclosure of the area of expertise is expected, some flexibility will be applied as to the specific opinion of the expert. The obligation to supplement the information provided by this deadline continues and must be provided without delay as soon as it is known to the Plaintiff, but no later than thirty (30) days after the Scheduling Hearing without leave of the Court, including any substance of the findings and opinions, grounds for each opinion on which the expert is expected to testify, as well as copies of all reports received from each expert witness. Under no circumstances may this information be withheld.

6.) Discovery of Electronic Information. Further, **with regard to the discovery of electronic information**, the Parties shall confer in person or by telephone and attempt to reach agreement, or narrow the areas of disagreement, as to the preservation of electronic information, if any, and the necessity and manner of conducting discovery regarding electronic information, and the parties shall be prepared to address the following at the Scheduling Hearing:

a.) Identification and retention of discoverable electronic information and what, if any, initial discovery and any party requests in order to identify discoverable electronic information;

b.) Exchange of discoverable information in electronic format where appropriate, including:

i)  The format of production, i.e., PDF, TIFF, or JPEG file or native formats such as Microsoft Word, WordPerfect, etc., and the manner in which the information shall be exchanged such as CD-ROM disks or otherwise; and

ii) Whether separate indices will be exchanged and whether the documents and information exchanged will be electronically numbered.

c.) Whether the parties agree as to the apportionment of costs for production of electronic information that is not maintained on a party's active computers, computer servers or databases;

d.) The manner of handling inadvertent production of privileged materials; and

e.) Whether the parties agree to refer electronic discovery disputes to a Special Magistrate for resolution.

The parties shall reduce all areas of agreement, including any agreements regarding inadvertent disclosure of privileged materials, to a stipulated order to be presented to the court at or before the Scheduling Hearing.

7.) Attorneys' Fees. If a party intends to assert a "substantial claim" for attorneys' fees, the Court, at the Scheduling Hearing, will determine whether to require enhanced documentation, quarterly statements, or other procedures permitted by Maryland Rules. If triable by jury, the Court will determine the necessity of a separate discovery schedule, to include, if appropriate, the designation of experts relating to this issue. (See Rules 2-703, 2-704, and 2-705.)

8.) Scheduling Hearing Statement. **Ten (10) days before the initial Scheduling Hearing**, each party must file with the Court and provide the other party(ies) and the assigned judge a Scheduling Hearing Statement setting forth the following information:

a) for the Plaintiff, a brief statement of the nature of the controversy and the claims being made by the Plaintiffs;

b) for the Defendant, a concise statement of the Defendant's defenses;

Jimmy Hall, et al. vs. WEACHIEVE, INC.                                    Case Number: C-15-CV-25-005213
Case 8:26-cv-00142-PX    Document 29-11    Filed 08/05/26    Page 9 of 14
Other Reference Number(s):

c)  an itemization of damages or other relief sought for the Plaintiff and an itemization of matters in litigation of damages or in opposition to the relief sought by the Defendant;

d)  the maximum offer or minimum demand now acceptable to your client;

e)  a concise statement of the number of witnesses and a designation of the number and identity of proposed expert witnesses;

f)  an estimation of the amount of time it will take to complete each party's portion of the trial.

g)  If a "substantial claim" for attorneys' fees is anticipated, a concise statement from the party asserting the claim, setting forth how fees will be documented, whether the claim is pursuant to law, statute or contract, identifying the legal theory, statute of contract provision, whether counsel agrees to follow the Guidelines Regarding Compensable and Non-Compensable Attorneys' Fees, and whether claim is triable by jury. If triable by jury, counsel confer in person or by telephone and be prepared to address at the Scheduling Hearing the need for and contents of a separate discovery schedule relating to attorneys' fees, to include, if appropriate, the designation of experts.

9.)  On the date and time noted above, all counsel and any unrepresented parties shall appear before the assigned judge at an initial Scheduling Hearing to discuss the possibilities of settlement, ADR, and to establish a schedule for the completion of all proceedings. This Order is the only notice that parties and counsel will receive concerning this hearing. Failure to appear may result in sanctions. **Where the Plaintiff does not appear, failure to appear may result in dismissal of the complaint, EVEN IF DEFENDANTS HAVE NOT YET BEEN SERVED OR HAVE NOT YET ANSWERED.**

10.) Mediation. PLEASE BE ADVISED THAT THE COURT WILL ORDER MEDIATION IN THE ABOVE-CAPTIONED CASE. PLEASE DISCUSS ADR/MEDIATION WITH THE OPPOSING PARTY (OR COUNSEL, IF APPLICABLE) PRIOR TO THE SCHEDULING HEARING. Parties choosing a mediator must pay the rate agreed upon by the parties and the mediator. Where the court designates a mediator, pursuant to Rule 17-208, the parties will pay the hourly rate established by the court. Counsel/parties may object to participating in mediation either at the Scheduling Hearing, or in accordance with Rule 17-202(f), within thirty (30) days after entry of the order, may file (A) an objection to the referral, (B) an alternative proposal, or (C) a "Request to Substitute ADR Practitioner" substantially in the form set forth in Rule 17-202(g).

11.) Postponement of the Scheduling Hearing. Upon advice that the date noted above is in conflict with another required appearance for any attorney of record or unrepresented party, the Hearing may be postponed once for no more than two (2) weeks, with the consent of all parties. No other postponement of the Hearing will be granted except upon motion for good cause shown. Failure to appear at the Scheduling Hearing may result in a dismissal and/or default judgment.

12.) **THE TRIAL DATE SHALL BE SET AT THE SCHEDULING HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE SCHEDULING HEARING.**

**Trial Date Between:     July 24, 2026     and     December 14, 2026**

9/24/2025
Date                          Administrative Judge

Possession and use of cell phones, computers, or other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS?  Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

CC:     Jimmy Hall

Weachieve, Inc

Timothy Francis Maloney; Timothy Francis Maloney



**CIRCUIT COURT FOR MONTGOMERY COUNTY,
MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-25-005213** |
| **Other Reference Number(s):** | |

**JIMMY HALL, ET AL. VS. WEACHIEVE, INC**

Date: 9/24/2025

## ORDER FOR MANDATORY SETTLEMENT/PRETRIAL HEARING – TRACK 4
### COMPLAINT FILED ON 09/19/2025

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this day, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that parties, representatives with authority to settle a case, and trial counsel shall appear in court for a Settlement Conference and a subsequent Pretrial Hearing on August 07, 2026.  No further notice will be given of this date. Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case.  If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House.  The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least five days before the Settlement/Pretrial Hearing and shall contain the following:

1. <u>Nature of the Case</u>: A brief, non-argumentative statement suitable for reading to a jury.

2. <u>Claims and/or Defenses</u>: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.

3. <u>Undisputed Issues and Facts</u>: List all issues not in dispute and set forth stipulated facts.

4. <u>Disputed Issues</u>: List each disputed issue and the principal contentions of all parties respecting each.

5. <u>Relief Sought</u>: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.

6. <u>Citations</u>: List any cases or statutes which need to be called to the Court's attention.

7. <u>Pending Motions</u>: List title, movant, and filing date of pending motions.

8. <u>Witnesses</u>: Name, address, and telephone number of each person who may be called to testify.  As to experts, list matters about which each expert will testify.  No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.

9. <u>Exhibits</u>: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial.  (Stickers to be attached to each exhibit are available in Clerk's office.)  Any objections to another party's exhibits should be stated.

10. <u>Deposition Testimony</u>: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

11. <u>Pleadings and Discovery Responses</u>: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

Case 8:26-cv-00142-PX     Document 29-11     Filed 08/05/26     Page 12 of 14

12. <u>Demonstrative or Physical Evidence</u>: Describe any items of non-testimonial, non-documentary evidence – models, samples, objects, etc. – to be utilized at trial.

13. <u>Videotapes</u>: Identify any videotapes to be shown to the jury and authority for doing so.

14. <u>Requested Jury Selection Questions</u>: Identify those agreed upon and include any objections made by either side.

15. <u>Pattern Jury Instructions</u>: Identify those agreed upon and those not agreed upon.  Designate the source of the instruction.

16. <u>Non-Pattern Jury Instructions</u>: Supply complete text of each instruction, with authorities, on a separate page.

17. <u>Verdict Sheet (if requested)</u>: Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. <u>Settlement</u>: Minimum demand; Maximum offer.

19. <u>Estimated Length of Trial</u>: _____ days.

and it is further

**ORDERED**, that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than 5 days (**DEADLINE: July 13, 2026**) before the Mandatory Settlement Conference and Pretrial Hearing.

_____9/24/2025_____         _____

Date                          Administrative Judge

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

CC:    Jimmy Hall

       Weachieve, Inc

       Timothy Francis Maloney; Timothy Francis Maloney

IN THE CIRCUIT COURT FOR_____

(City/County)

## CIVIL - DOMESTIC CASE INFORMATION REPORT

| DIRECTIONS |
|---|
| *Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). |
|    *Defendant:* You must file an Information Report as required by Rule 2-323(h). |
| ***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*** |

**FORM FILED BY:** ☐ PLAINTIFF ☐ DEFENDANT     CASE NUMBER_____
(Clerk to insert)

**CASE NAME:** _____ vs. _____
                                    Plaintiff                                 Defendant

PARTY'S NAME:_____ PHONE:_____

PARTY'S ADDRESS:_____

PARTY'S E-MAIL:_____

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME:_____ PHONE:_____

PARTY'S ATTORNEY'S ADDRESS:_____

PARTY'S ATTORNEY'S E-MAIL:_____

    ☐ I am not represented by an attorney

**RELATED CASE PENDING?** ☐ Yes ☐ No  If yes, Case #(s), if known:_____

| PLEADING TYPE |
|---|

**New Case:**     ☐ Original

**Existing Case:**     ☐ Post-Judgment   ☐ Amendment

*If filing in an existing case,* skip Case Category/ Subcategory section - go to Issues section.

| SPECIAL REQUIREMENTS |
|---|

☐ Spoken Language Interpreter - **Attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act - **Attach form CC-DC-049**

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation     ☐ Yes ☐ No        C. Settlement Conference ☐ Yes ☐ No

B. Arbitration     ☐ Yes ☐ No        D. Neutral Evaluation     ☐ Yes ☐ No

If no, explain why:_____

| IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*) |
|---|

**Domestic Family**

☐ Alimony/Spousal Support

☐ Annulment

☐ Breach

☐ Child Support - Private

☐ Custody

☐ Divorce

☐ Emancipation

☐ Enforce Foreign Order

☐ Family Legal/Medical

☐ Paternity/Parentage

☐ Recognition as Legal Child

☐ Visitation

**Agency/IV-D**

☐ Child Support

☐ Paternity/Parentage

☐ UIFSA

**Adoption**

☐ Adoption - Independent

☐ Adoption - Private Agency

**Change of Name**

☐ Change of Name

    ☐ Adult

    ☐ Minor

**Guardianship**

☐ Guardianship of Adult Person and/or Property

☐ Guardianship of Minor Person and/or Property

**Independent Proceedings**

☐ Amend Birth Certificate

☐ Change of Sex

☐ Correct Death Certificate

☐ Declare Deceased

☐ Dispose Body

☐ Amend Marriage Certificate

**CC-DCM-001** (Rev. 10/2023)            Page 1 of 2

| IF NEW OR EXISTING CASE: ISSUES (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Adoption | ☐ Change of Name | ☐ Earnings Withholding | ☐ Pension Distribution |
| ☐ Alimony/Spousal Support | ☐ Adult | ☐ Emancipation | ☐ Property Distribution |
| ☐ Permanent | ☐ Minor | ☐ Enforcement | ☐ Protective Order |
| ☐ Rehabilitative | ☐ Change of Sex | ☐ Exceptions | ☐ Register Foreign Order |
| ☐ Amend Birth Certificate | ☐ Child Support | ☐ Family Legal/Medical | ☐ Restore Former Name |
| ☐ Amend Death Certificate | ☐ Contempt | ☐ Gdnshp of Adult | ☐ Termination of Gdnshp |
| ☐ Amend Marriage Certificate | ☐ Court Costs/Fees | ☐ Person | ☐ Transaction Review |
| ☐ Annulment | ☐ Custody | ☐ Property | ☐ Use and Possession |
| ☐ Asset Determination | ☐ Declare Deceased | ☐ Gdnshp of Minor | ☐ Visitation |
| ☐ Change of Name | ☐ Dispose Body | ☐ Person | |
| ☐ Adult | ☐ Divorce | ☐ Property | |
| ☐ Minor | | ☐ Paternity/Parentage | |

| ESTIMATED LENGTH OF HEARING |
|---|
| *(Case will be tracked accordingly.)* |
| Time estimate for a Merits Hearing: _____Hours _____Days |
| Time estimate for hearing other than a Merits Hearing: _____Hours _____Days |

**OTHER MATTERS**

IS THIS CASE CONTESTED? ☐ Yes ☐ No If yes, which issues appear to be contested?

    ☐ Ground for divorce

    ☐ Child Custody ☐ Visitation

    ☐ Child Support

    ☐ Alimony ☐ Permanent ☐ Rehabilitative

    ☐ Use and possession of family home and property

    ☐ Marital property issues involving:

        ☐ Valuation of business ☐ Pensions ☐ Bank account/IRA's ☐ Real Property

        ☐ Other:_____

    ☐ Paternity

    ☐ Adoption/termination of parental rights

    ☐ Other:_____

Request is made for: ☐ Initial Order ☐ Modification ☐ Contempt ☐ Divorce

For non-custody/visitation issues, do you intend to request:
☐ Court-appointed expert (name field)_____ ☐ Initial conference with the court
☐ Mediation by a court-sponsored settlement program ☐ Other:_____

For custody/visitation issues, do you intend to request:
    ☐ Mediation by a private mediator ☐ Appointment of counsel to represent child
    ☐ Evaluation by mental health professional     (not just to waive psychiatric privilege)
    ☐ Other Evaluation_____ ☐ A conference with the court

Is there an allegation of physical or sexual abuse of party or child? ☐ Yes ☐ No

| _____ | _____ | |
|---|---|---|
| Date | Signature of Counsel / Party | Attorney Number |
| _____ | _____ | |
| Address | Printed Name | |

| _____ | | |
|---|---|---|
| City | State | Zip Code |

**CC-DCM-001** (Rev. 10/2023)　　　　Page 2 of 2