# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**JIMMY HALL, et al.**

    *Plaintiffs*,

**v.**

**WEACHIEVE, INC., et al.**

    *Defendants*.

**Case No.: C-15-CV-25-005213**

## <u>AFFIDAVIT OF SERVICE UPON DEFENDANT WEACHIEVE, INC.</u>

The undersigned hereby certifies, pursuant to the Maryland Rules, as follows:

A Writ of Summons directed to Defendant WeAchieve, Inc., dated September 24, 2025, along with a copy of the Complaint filed on September 19, 2025 and all exhibits thereto, was served to Defendant WeAchieve, Inc. to the care of its attorney, Jeffrey DeCaro, Esq., in accordance with Defendant's consent authorized on October 6, 2025, via electronic mail to:

> Jeffrey R. DeCaro, Esq.
> DeCaro Doran Siciliano Gallagher & DeBlasis LLP
> 17251 Melford Boulevard, Suite 200
> Bowie, Maryland 20715
> jdecaro@decarodoran.com

The undersigned further certifies that a copy of the Amended Complaint and all exhibits thereto was served upon Defendant WeAchieve, Inc. via electronic mail to Defendant's counsel, Jeffrey DeCaro, at jdecaro@decarodoran.com on December 11, 2025.

**Date: December 11, 2025**

1

**ATTACHMENT**

**21**

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

*Bridget Cardinale*

Timothy F. Maloney (CPF 8606010245)
Bridget Cardinale (CPR 2211070011)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301-220-2200
tmaloney@jgllaw.com
bcardinale@jgllaw.com
*Counsel for Plaintiffs*

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December 2025, a copy of the foregoing was served on all counsel of record via electronic mail and/or Regular U.S. Mail, addressed as follows:

Jeffrey R. DeCaro, Esq.
DECARO DORAN SICILIANO GALLAGHER & DEBLASIS LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
jdecaro@decarodoran.com
*Counsel for WeAchieve, Inc.*

*Bridget Cardinale*
_____

Bridget Cardinale, Esq.