E-FILED; Montgomery Circuit Court
Docket: 1/9/2026 3:37 PM; Submission: 1/9/2026 3:37 PM
Envelope: 24582053

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | | |
|---|---|---|
| JIMMY HALL | : | |
| | : | |
| and | : | |
| | : | |
| CHRISTINA HALL | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No.: C-15-CV-25-005213 |
| | : | |
| WEACHIEVE, INC. | : | |
| | : | |
| and | : | |
| | : | |
| WASHINGTON METROPOLITAN AREA | : | |
| TRANSIT AUTHORITY | : | |
| | : | |
| Defendants | : | |

## ANSWER OF DEFENDANT, WEACHIEVE, INC.

COMES NOW the Defendant, WeAchieve, Inc., by and through its attorneys, Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and for Answer to the Amended Complaint filed herein, states as follows:

### FIRST DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The causes of action asserted by the Plaintiffs did not accrue within the applicable statute or statutes of limitations.

1

**ATTACHMENT**

**31**

## THIRD DEFENSE

Defendant affirmatively asserts that the injuries and/or damages allegedly sustained by Plaintiffs and Rashawn Williams, a disabled adult, were caused by the acts and omissions of Co-Defendant, Washington Metropolitan Area Transit Authority (WMATA) for the reasons set forth in Counts II and III of the Amended Complaint.

## FOURTH DEFENSE

Plaintiffs' alleged injuries and/or damages were the result of prior and/or subsequent conditions or occurrences for which this Defendant is not responsible.

## FIFTH DEFENSE

Plaintiffs' alleged injuries and/or damages were the result of superseding and/or intervening causes.

## SIXTH DEFENSE

1.      Defendant admits the allegations as stated in paragraphs 1-5, 7, 8, 10-12, 18, and 35 of the Amended Complaint.

2.      Defendant denies the allegations as stated in paragraphs 13, 14, 19, 20-27, 31, 32, 83-90, and 113-124 of the Amended Complaint.

3.      Defendant has insufficient knowledge to either admit or deny the allegations stated in paragraphs 6, 9, 15, 16, 28-30, 33, 34, 36-81, 92-98, and 100-111 of the Amended Complaint.

4.      In response to paragraphs 17, 82, 91, 99, and 112, Defendant adopts and re-alleges its responses to paragraphs 1-111 of the Amended Complaint.

**SEVENTH DEFENSE**

Defendant intends to rely on all legal and factual defenses not heretofore mentioned, including but not limited to: absence of legal duty; absence of primary negligence; lack of proximate cause; intervening or superseding cause; laches; nonjoinder; misjoinder; improper venue; and forum non conveniens.

**EIGHTH DEFENSE**

Defendant generally denies any and all allegations of negligence, breach of duty, violation of statute, or other negligent or intentional misconduct as alleged in the Plaintiffs' Amended Complaint, and further submits that it did not act, or fail to act, in any manner which proximately caused Plaintiffs' alleged injuries and/or damages.

WHEREFORE, the Plaintiffs' Amended Complaint having been fully answered, Defendant respectfully prays that the Complaint be dismissed with costs to be adjudged against the Plaintiffs, or for such other relief as this Court may deem just and proper.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/s/ Jeffrey R. DeCaro
Jeffrey R. DeCaro
CPF #8011010083
17251 Melford Boulevard
Suite 200
Bowie, MD 20715
(301) 352-4968
Fax (301) 352-8691
jdecaro@decarodoran.com
*Attorney for Defendant, WeAchieve, Inc.*

## REQUEST FOR JURY TRIAL

Defendants, through counsel, respectfully request a trial by jury as to all issues herein.

/s/ Jeffrey R. DeCaro
Jeffrey R. DeCaro

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2026, I electronically filed the

foregoing Answer to the Court and mailed a copy to:

Timothy F. Maloney, Esquire
Bridget Cardinale, Esquire
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
*Counsel for Plaintiffs*

Washington Metropolitan Area
Transit Authority
300 7th Street, S.W.
Washington, DC 20024

/s/ Jeffrey R. DeCaro
Jeffrey R. DeCaro

4