E-FILED; Montgomery Circuit Court
Docket: 1/14/2026 3:18 PM; Submission: 1/14/2026 3:18 PM
Envelope: 24654690

## IN THE CIRCUIT COURT FOR MONTGOMERY  COUNTY

| | |
|---|---|
| **JIMMY HALL, ET AL.** ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| **v.** ) | **Case No.   C-15-CV-25-005213** |
| ) | |
| **WEACHIEVE, Inc, ET AL..** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:     Clerk of Court
        Circuit Court for Montgomery County

PLEASE  TAKE  NOTICE  that  Defendant  Washington  Metropolitan  Area  Transit Authority (hereinafter "WMATA") has on this date removed the above-captioned action from the Circuit Court for Montgomery County, Maryland, in which it was originally filed, to the United States District Court for the District of Maryland.  Attached hereto as **Exhibit 1**, and made a part hereof, is a copy of the Notice of Removal (without exhibits), which has been filed in the United States District Court for the District of Maryland.

Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

1

**ATTACHMENT**

**34**

Dated:  January 14, 2026

Respectfully submitted,

KIERNAN TREBACH LLP

*/s/ James T. Hittinger*
James T. Hittinger (AIS#1012150046)
1776 Eye Street, NW, 6th Floor
Washington, DC 20006
Tel: (202) 712-7000 | Fax: (202) 712-7100
jhittinger@kiernantrebach.com

Stephanie Shearer, Esq. (AIS# 1212130120)
233 E. Redwood Street
Baltimore, MD 21202
(410) 415-1665 (T) | (410) 415-1667 (F)
sshearer@kiernantrebach.com
*Counsel for Defendant WMATA*

## <u>CERTIFICATE OF NO RESTRICTED INFORMATION</u>

I hereby certify that the foregoing submission does not contain any restricted information or, if this submission does contain restricted information, then a redacted submission has been filed contemporaneously herewith in accordance with Maryland Rule 20-201(f)(2).

*/s/ James T. Hittinger*
James T. Hittinger, Esq.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2026 a copy of the foregoing *Notice of Filing of Removal* was electronically filed and was served upon the following through MDEC:

Timothy Maloney, Esq.
Bridget Cardinale, Esq.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
*Attorneys for Plaintiff*

Jeffrey Decaro, Esq.
17251 Melford Blvd., Suite 200
Bowie, MD 20715
*Attorney for Co-Defendant WeAchieve, Inc.*

/s/ James T. Hittinger
James T. Hittinger, Esq.

3