IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JIMMY HALL, *et al.*                          :
                                              :
    Plaintiffs                            :
                                              :
    v.                                    :    Civil Action No.: 8-26-cv-00142-PX
                                              :
WE ACHIEVE, INC., *et al.*                    :
                                              :
    Defendants.

## ENTRY OF APPEARANCE

To the Clerk:

Please enter the appearance of Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, as counsel of record for Defendant, WeAchieve, Inc. in the above captioned matter.

Respectfully submitted,


DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

*/s/ Jeffrey R. DeCaro*
Jeffrey R. DeCaro
CPF # 8011010083
17251 Melford Boulevard
Suite 200
Bowie, MD 20715
(301) 352-4968
Fax (301) 352-8691
jdecaro@decarodoran.com
*Counsel for Defendant, WeAchieve, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August 2026, I sent via email and mailed a

 copy of the foregoing to:

Timothy Maloney, Esq.
Bridget Cardinale, Esq.
Drew LaFramboise, Esq.
Joseph, Greenwald and Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
tmaloney@jgllaw.com
bcardinale@jgllaw.com
dlaframboise@jgllaw.com
Attorneys for Plaintiff

James T. Hittinger, Esq.
Patrick J. Crowley, Esq.
KIERNAN TREBACH LLP
1776 Eye Street, NW, 6th Floor
Washington, DC 20006
jhittinger@kiernantrebach.com
pcrowley@kiernantrebach.com

Stephanie Shearer, Esq.
233 E. Redwood Street
Baltimore, MD 21202
sshearer@kiernantrebach.com
Counsel for Defendant WMATA

*/s/ Jeffrey R. DeCaro*
Jeffrey R. DeCaro